**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL**

| | |
|---|---|
| Courtroom Deputy:   Robert R. Keech | Date:   April 2, 2019 |
| Court Reporter:       Julie Thomas | |

Civil Action No: **16-cv-01005-WYD-KLM**

**CAROLYN O'NEAL**,

      Plaintiff,

v.

**THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF FREMONT;
ALAN COOPER, in his official capacity as the Sheriff of Fremont County;
MICHAEL FETTERHOFF, in his individual and official capacities;
TROY JOHNSTON, in his individual and official capacities;
STEVE SANGER, in his individual and official capacities;
MICHAEL ULRICH, in his individual and official capacities;
RICHARD SOLANO, in his individual and official capacities;
CARRIE HAMMEL, in her individual and official capacities;
CAMERON GONZALES, in his individual and official capacities;
JOSHUA POHL, in his individual and official capacities;
DEBORA BUNCH, in her individual and official capacities**,

      Defendants.

Counsel:

David A. Lane
Reid R. Allison

William T. O'Connell, III
Katherine M.L. Pratt

## COURTROOM MINUTES

**TRIAL TO JURY (DAY 2)**

**9:05 a.m.**   Court in Session. Jury enters.

9:07 a.m.   Court reads preliminary jury instructions.

9:18 a.m.   Plaintiff's witness **Carolyn Ruth O'Neal** sworn.

**Exhibit(s) 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11 RECEIVED.**

**Exhibit(s) A, B, E, G, H, L, M, N, O, P, Q, R, S, T, U, V RECEIVED.**

    Direct examination by Plaintiff by Mr. Lane.
    ***Exhibit(s) Identified:***   **10**

**10:22 a.m.**   Court in Recess.

**10:42 a.m.**   Court in Session. Jury not present.

    Discussion regarding jury instructions.

10:45 a.m.   Jury enters.

    Plaintiff's witness **Carolyn Ruth O'Neal** resumes.

10:45 a.m.   Cross examination by Defendants by Mr. O'Connell.
    ***Exhibit(s) Identified:***   **7, 6**

11:15 a.m.   Jury excused.

    Cross examination continues by Defendants by Mr. O'Connell.

    Discussion and argument regarding objection by Plaintiff - **SUSTAINED.**

    Plaintiff's oral motion for mistrial.

**ORDERED:**   Plaintiff's oral motion for mistrial is **DENIED.**

| | |
|---|---|
| 11:26 a.m. | Jury enters. |
| | Cross examination continues by Defendants by Mr. O'Connell. |
| 11:29 a.m. | Plaintiff's witness **Troy Alan Johnston** sworn. |
| | Direct examination by Plaintiff by Mr. Lane.<br>*Exhibit(s) Identified:     11* |
| 12:06 p.m. | Cross examination by Defendants by Mr. O'Connell.<br>*Exhibit(s) Identified:      J* |

**Exhibit(s) J (Bates stamp numbers FCSO 000012-FCSO 000014 only) RECEIVED.**

| | |
|---|---|
| **12:25 p.m.** | Court in Recess. |
| **1:45 p.m.** | Court in Session.  Jury enters. |
| | Plaintiff's witness **Troy Alan Johnston** resumes. |
| 1:47 p.m. | Cross examination continues by Defendants by Mr. O'Connell.<br>*Exhibit(s) Identified:     3, J* |
| 2:09 p.m. | Re-direct examination by Plaintiff by Mr. Lane.<br>*Exhibit(s) Identified:     11* |
| 2:26 p.m. | Re-cross examination by Defendant by Mr. O'Connell. |
| 2:27 p.m. | Plaintiff's witness **Michael Fetterhoff** sworn. |
| | Direct examination by Plaintiff by Mr. Lane.<br>*Exhibit(s) Identified:     6* |
| 2:53 p.m. | Cross examination by Defendants by Mr. O'Connell.<br>*Exhibit(s) Identified:     J, 6, 3, L, M, N* |

**Exhibit(s) J (entire exhibit) RECEIVED.**

| | |
|---|---|
| **3:30 p.m.** | Court in Recess. |

| | |
|---|---|
| **3:48 p.m.** | Court in Session.  Jury enters. |
| 3:50 p.m. | Plaintiff's witness **Michael Fetterhoff** resumes. |
| | Re-direct examination by Plaintiff by Mr. Lane. |
| 3:59 p.m. | Re-cross examination by Defendant by Mr. O'Connell. |
| 4:00 p.m. | Plaintiff's witness **Steve Sanger** sworn. |
| | Direct examination by Plaintiff by Mr. Lane. |
| | ***Exhibit(s) Identified:*** *deposition of Steve Sanger (6/6/17) for purposes of impeachment* |
| 4:20 p.m. | Cross examination by Defendants by Ms. Pratt. |
| | ***Exhibit(s) Identified:*** *3* |
| 4:35 p.m. | Re-direct examination by Plaintiff by Mr. Lane. |
| 4:38 p.m. | Plaintiff's witness **Cameron Gonzales** sworn. |
| | Direct examination by Plaintiff by Mr. Lane. |
| | ***Exhibit(s) Identified:*** *4, 5* |
| 5:00 p.m. | Discussion regarding schedule of witnesses for tomorrow. |
| **5:01 p.m.** | Court in Recess.  TRIAL CONTINUED. |

**TOTAL TIME:   5:58**