**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**SENIOR JUDGE WILEY Y. DANIEL**

Courtroom Deputy:    Robert R. Keech          Date:    April 8, 2019
Court Reporter:        Julie Thomas

Civil Action No: **16-cv-01005-WYD-KLM**          Counsel:

**CAROLYN O'NEAL**,                              David A. Lane
                                                 Reid R. Allison
          Plaintiff,

v.

**THE BOARD OF COUNTY**                          William T. O'Connell, III
**COMMISSIONERS OF THE COUNTY OF**               Katherine M.L. Pratt
**FREMONT;**
**ALAN COOPER, in his official capacity**
**as the Sheriff of Fremont County;**
**MICHAEL FETTERHOFF, in his individual**
**and official capacities;**
**TROY JOHNSTON, in his individual and**
**official capacities;**
**STEVE SANGER, in his individual and**
**official capacities;**
**MICHAEL ULRICH, in his individual and**
**official capacities;**
**RICHARD SOLANO, in his individual and**
**official capacities;**
**CARRIE HAMMEL, in her individual and**
**official capacities;**
**CAMERON GONZALES, in his individual**
**and official capacities;**
**JOSHUA POHL, in his individual and**
**official capacities;**
**DEBORA BUNCH, in her individual and**
**official capacities,**

          Defendants.

---

**COURTROOM MINUTES**

---

**TRIAL TO JURY (DAY 5)**

**9:16 a.m.**      Court in Session.  Jury enters.

9:18 a.m.      Plaintiff's witness **Richard Solano** resumes.

               Direct examination continues by Plaintiff by Mr. Lane.

9:22 a.m.      Cross examination by Defendants by Mr. O'Connell.
               ***Exhibit(s) Identified:        S***

9:36 a.m.      Re-direct examination by Plaintiff by Mr. Lane.
               ***Exhibit(s) Identified:        7***

9:44 a.m.      Re-cross examination by Defendant by Mr. O'Connell.

9:45 a.m.      Plaintiff's witness **Joshua Pohl** sworn.

               Direct examination by Plaintiff by Mr. Lane.
               ***Exhibit(s) Identified:        deposition of Joshua Pohl (5/5/17) for purposes
                                                of impeachment***

9:59 a.m.      Cross examination by Defendants by Ms. Pratt.
               ***Exhibit(s) Identified:        deposition of Joshua Pohl (5/5/17) for purposes
                                                of rehabilitation, R, 4***

10:13 a.m.     Re-direct examination by Plaintiff by Mr. Lane.

10:17 a.m.     Re-cross examination by Defendant by Ms. Pratt.

10:19 a.m.     Plaintiff's witness **Michael Ulrich** sworn.

               Direct examination by Plaintiff by Mr. Lane.
               ***Exhibit(s) Identified:        4, 5, deposition of Michael Ulrich (6/5/17) for
                                                purposes of impeachment***

**10:33 a.m.**     Court in Recess.

**10:55 a.m.**     Court in Session.

10:56 a.m.     Plaintiff's witness **Michael Ulrich** resumes.

               Cross examination by Defendants by Mr. O'Connell.
               ***Exhibit(s) Identified:          deposition of Michael Ulrich (6/5/17) for
                                                   purposes of rehabilitation, P, O***

11:09 a.m.     Re-direct examination by Plaintiff by Mr. Lane.

11:10 a.m.     Re-cross examination by Defendant by Mr. O'Connell.

11:10 a.m.     Plaintiff rests.

11:11 a.m.     Defendants' witness **Lois Ann Largent** by deposition.

11:25 a.m.     Defendants' witness **Alan Donald** sworn.

               Direct examination by Defendants by Mr. O'Connell.
               ***Exhibit(s) Identified:          I***

11:51 a.m.     Voir dire by Plaintiff by Mr. Lane.

11:53 a.m.     Direct examination continues by Defendants by Mr. O'Connell.
               ***Exhibit(s) Identified:          I***

**Exhibit(s) I RECEIVED.**

12:04 p.m.     Cross examination by Plaintiff by Mr. Lane.
               ***Exhibit(s) Identified:          deposition of Alan Donald (2/23/17) for
                                                   purposes of impeachment***

12:17 p.m.     Re-direct examination by Defendant by Mr. O'Connell.

12:17 p.m.     Re-cross examination by Plaintiff by Mr. Lane.

12:18 p.m.     Defendants rest.

12:18 p.m.     Plaintiff has no rebuttal evidence to present.

12:19 p.m.     Jury excused until 2:00 p.m.

**12:19 p.m.**     Court in Recess.

**12:32 p.m.**    Court in Session.  Jury not present.

                Court's remarks regarding Order on Summary Judgment (Doc. No. 71), filed September 19, 2018.

                Plaintiff's oral motion to reinstate excessive force restraint chair claim.

12:35 p.m.    Argument by Plaintiff by Mr. Lane.

12:40 p.m.    Argument by Defendants by Mr. O'Connell.

                Court makes findings.

**ORDERED:**    Plaintiff's oral motion to reinstate excessive force restraint chair claim is **DENIED.**

12:46 p.m.    Discussion and argument regarding excessive force claim.

**12:50 p.m.**    Court in Recess.

**1:58 p.m.**    Court in Session.  Jury not present.

                Court distributes revised jury instructions to counsel.

### JURY INSTRUCTION CONFERENCE

2:02 p.m.    Discussion regarding jury instructions and verdict form.

                Plaintiff's Jury Instruction 18 - REFUSED.
                Plaintiff's Jury Instruction 25 - REFUSED.

                Plaintiff's oral Rule 50 motion is raised for argument.

2:28 p.m.    Argument by Plaintiff by Mr. Lane.

2:30 p.m.    Argument by Defendants by Ms. Pratt.

                Court makes findings.

**ORDERED:**    Plaintiff's oral Rule 50 motion is **DENIED.**

                Defendants' oral Rule 50 motion is raised for argument.

2:33 p.m.    Argument by Defendants by Ms. Pratt.

Court makes findings.

**ORDERED:**    Defendants' oral Rule 50 motion is **DENIED.**

2:37 p.m.    Discussion regarding time limits for closing arguments.

**ORDERED:**    Closing arguments shall not exceed **fifty (50) hour per side.**

2:43 p.m.    Jury enters.

Court reads jury instructions and verdict form.

3:22 p.m.    No objection to the Court's reading of jury instructions and verdict form.

3:23 p.m.    Jury excused.

Court's remarks regarding typographical error in jury instruction 3.

**3:23 p.m.**    Court in Recess.

**3:38 p.m.**    Court in Session.  Jury enters.

3:40 p.m.    Closing argument by Plaintiff by Mr. Lane.

4:06 p.m.    Closing argument by Defendants by Mr. O'Connell.

4:34 p.m.    Rebuttal argument by Plaintiff by Mr. Lane.

4:53 p.m.    Jury excused for the evening and shall commence deliberations on Tuesday, April 9, 2019, at 9:00 a.m.

Discussion regarding revised verdict form.  No objection by counsel.

Court's remarks to counsel regarding contact information and availability.

4:55 p.m.    Mr. Lane requests that the Court contact Fremont County Court and Court will not contact Fremont County Court.

**4:57 p.m.**    Court in Recess.  TRIAL CONTINUED.

**TOTAL TIME:   5:43**