**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL**

| | |
|---|---|
| Courtroom Deputy: Robert R. Keech<br>Court Reporter: Mary George | Date: April 10, 2019 |

| | |
|---|---|
| Civil Action No: **16-cv-01005-WYD-KLM** | Counsel: |
| **CAROLYN O'NEAL**,<br>     Plaintiff,<br>v.<br>**THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF FREMONT;<br>ALAN COOPER**, in his official capacity as the Sheriff of Fremont County;<br>**MICHAEL FETTERHOFF**, in his individual and official capacities;<br>**TROY JOHNSTON**, in his individual and official capacities;<br>**STEVE SANGER**, in his individual and official capacities;<br>**MICHAEL ULRICH**, in his individual and official capacities;<br>**RICHARD SOLANO**, in his individual and official capacities;<br>**CARRIE HAMMEL**, in her individual and official capacities;<br>**CAMERON GONZALES**, in his individual and official capacities;<br>**JOSHUA POHL**, in his individual and official capacities;<br>**DEBORA BUNCH**, in her individual and official capacities,<br>     Defendants. | David A. Lane<br>Reid R. Allison<br><br><br>William T. O'Connell, III<br>Katherine M.L. Pratt |

## COURTROOM MINUTES

**TRIAL TO JURY (DAY 7)**

**9:00 a.m.**     **JURY ARRIVES TO RESUME DELIBERATIONS.**

**11:07 a.m.**     Court in Session. Jury not present.

Court informs counsel that jury has reached a verdict.

11:09 a.m.     Jury enters.

Court reads jury verdict.

11:22 a.m.     Jury is polled.

Court thanks jurors for their service and they are discharged.

11:24 a.m.     Jury excused.

Court's closing remarks to counsel.

**11:24 a.m.**     Court in Recess. TRIAL CONCLUDED.

**CLERK'S NOTE:**     **EXHIBITS AND DEPOSITIONS WERE RETURNED TO COUNSEL AT THE CONCLUSION OF THE TRIAL.**

**TOTAL TIME: :17**