IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL

Date: _____April 10, 2019_____     Case No. __16-cv-01005-WYD-KLM__

Time: __10:19 Am__

---

NOTE FROM JURY

---

❏ We, the jury, have a question.
☒ We, the jury, have reached a verdict.
Please write your question to the Court below:

By: ____[Juror signature redacted.]____
Foreperson

---

COURT'S RESPONSE TO NOTE FROM JURY

---

By: _____
Wiley Y. Daniel
Senior United States District Judge