ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.  1:16-cv-01005-WYD-KLM

CAROLYN O'NEAL,

      Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF FREMONT;
SHERIFF ALLEN COOPER, in his individual and official capacities;
MICHAEL FETTERHOFF, in his individual and official capacities;
TROY JOHNSTON, in his individual and official capacities;
STEVE SANGER, in his individual and official capacities;
MICHAEL ULRICH, in his individual and official capacities;
RICHARD SOLANO, in his individual and official capacities;
CARRIE HAMMEL, in her individual and official capacities;
CAMERON GONZALES, in his individual and official capacities;
JOSHUA POHL, in his individual and official capacities; and
DEBORA LYNN f/k/a DEBORA BUNCH, in her individual and official capacities

      Defendants.

---

## VERDICT FORM

---

    We, the jury in the above-captioned action, render our verdict in response to the following questions:

### Claim 1: Unlawful Arrest

**Question 1:** Did Plaintiff prove, by a preponderance of the evidence, the elements of her claim of unlawful arrest against the following Defendants?

        **Fetterhoff:**       X   **YES**       \_\_\_\_\_ **NO**

        **Johnston:**        X   **YES**       \_\_\_\_\_ **NO**

**Sanger:** _____X_____ YES        _____ NO

If your answer to Question 1 is "YES" as to any of the Defendants, then you should answer Questions 2-4 only as to those Defendants against whom you answered "YES" in response to Question 1. If your answer to Question 1 is "NO" as to all Defendants, then proceed to Question 5 and do not answer Questions 2-4.

**Question 2**: Did Plaintiff prove, by a preponderance of the evidence, that she is

entitled to compensatory damages as to her claim of unlawful arrest?

_____X_____ YES        _____ NO

If your answer to Question 2 is "YES," then state the amount of compensatory damages as to each Defendant. If your answer to Question 2 is "NO," then you have found that Plaintiff has failed to prove compensatory damages, and you shall award Plaintiff nominal damages not to exceed $1.00 in the space provided immediately below.

**Fetterhoff:**        $ _50,000_

**Johnston:**        $ _50,000_

**Sanger:**        $ _50,000_

**Question 3**: Did any of the following Defendants act with an evil motive or intent,

or reckless or callous indifference to federally protected rights as to Plaintiff's claim of

unlawful arrest?

**Fetterhoff:**        _____X_____ YES        _____ NO

**Johnston:**        _____X_____ YES        _____ NO

**Sanger:**        _____X_____ YES        _____ NO

**Question 4**: State the amount of punitive damages, if any, against the following
Defendants:

**Fetterhoff:**        $ _100,000_

**Johnston:**        $ _100,000_

**Sanger:** $ 100,000

<u>**Claim 2: Excessive Force**</u>

**Question 5**: Did Plaintiff prove, by a preponderance of the evidence, the elements

of her claim of excessive force against the following Defendants?

| | | |
|---|---|---|
| **Ulrich:** | X  YES | _____ NO |
| **Solano:** | X  YES | _____ NO |
| **Hammel:** | X  YES | _____ NO |
| **Gonzales:** | X  YES | _____ NO |
| **Lynn:** | X  YES | _____ NO |
| **Pohl:** | X  YES | _____ NO |

If your answer to Question 5 is "YES" as to any of the Defendants, then you should answer Question 6. If your answer to Question 5 is "NO" as to all Defendants, then proceed to Question 10 and do not answer Questions 6-9.

**Question 6**: Did Plaintiff prove, by a preponderance of the evidence, her claim of

municipal liability against Fremont County?

**Fremont County**        X  YES        _____ NO

If your answer to Questions 5 and 6 is "YES" as to any of the Defendants, then you should answer Questions 7-9 only as to those Defendants against whom you answered "YES" in response to Questions 5 and 6. If your answer to Questions 5 and 6 is "NO" as to all Defendants, then proceed to Question 10 and do not answer Questions 7-9.

**Question 7**: Did Plaintiff prove, by a preponderance of the evidence, that she is

entitled to compensatory damages as to Plaintiff's claim of excessive force?

X  YES        _____ NO

If your answer to Question 7 is "YES," then state the amount of compensatory damages as to each Defendant. If your answer to Question 7 is "NO," then you have found that Plaintiff has failed to prove compensatory damages, and you shall award Plaintiff nominal damages not to exceed $1.00 in the space provided immediately below.

Ulrich: $ 5,000

Solano: $ 1

Hammel: $ 2,500

Gonzales: $ 1

Lynn: $ 1

Pohl: $ 1

Fremont County: $ 1,000,000

Question 8: Did any of the following Defendants act with an evil motive or intent, or reckless or callous indifference to federally protected rights as to Plaintiff's claim of excessive force?

Ulrich: _____ YES      X NO

Solano: _____ YES      X NO

Hammel: _____ YES      X NO

Gonzales: _____ YES      X NO

Lynn: _____ YES      X NO

Pohl: _____ YES      X NO

Question 9: State the amount of punitive damages, if any, against the following Defendants:

Ulrich: $ 0

| | | |
|---|---|---|
| **Solano:** | $ | ⊘_____ |
| **Hammel:** | $ | ⊘_____ |
| **Gonzales:** | $ | ⊘_____ |
| **Lynn:** | $ | ⊘_____ |
| **Pohl:** | $ | ⊘_____ |

## Claim 3: Unlawful Retaliation to First Amendment-Protected Speech

**Question 10**: Did Plaintiff prove, by a preponderance of the evidence, the elements of her claim of unlawful retaliation to First Amendment-Protected speech against the following Defendants?

| | | |
|---|---|---|
| **Fetterhoff:** | ☒ YES | _____ NO |
| **Johnston:** | ☒ YES | _____ NO |
| **Sanger:** | ☒ YES | _____ NO |
| **Ulrich:** | _____ YES | ☒ NO |
| **Solano:** | _____ YES | ☒ NO |
| **Hammel:** | _____ YES | ☒ NO |
| **Gonzales:** | _____ YES | ☒ NO |
| **Lynn:** | _____ YES | ☒ NO |
| **Pohl:** | _____ YES | ☒ NO |

**If your answer to Question 10 is "YES" as to any of the Defendants, then you should answer Questions 11-13 only as to those Defendants against whom you answered "YES" in response to Question 10. If your answer to Question 10 is "NO" as to all Defendants, then proceed to Question 14 and do not answer Questions 11-13.**

**Question 11**: Did Plaintiff prove, by a preponderance of the evidence, that she is entitled to compensatory damages as to her claim of First Amendment-Protected speech?

_X__ YES        _____ NO

**If your answer to Question 11 is "YES," then state the amount of compensatory damages as to each Defendant. If your answer to Question 11 is "NO," then you have found that Plaintiff has failed to prove compensatory damages, and you shall award Plaintiff nominal damages not to exceed $1.00 in the space provided immediately below.**

       **Fetterhoff:**       $ _2,500_

       **Johnston:**       $ _2,500_

       **Sanger:**       $ _2,500_

       **Ulrich:**       $ _0_

       **Solano:**       $ _0_

       **Hammel:**       $ _0_

       **Gonzales:**       $ _0_

       **Lynn:**       $ _0_

       **Pohl:**       $ _0_

**Question 12**: Did any of the following Defendants act with an evil motive or intent, or reckless or callous indifference to federally protected rights as to Plaintiff's claim of First Amendment-Protected speech?

       **Fetterhoff:**       _____ YES       _X__ NO

       **Johnston:**       _____ YES       _X__ NO

       **Sanger:**       _____ YES       _X__ NO

       **Ulrich:**       _____ YES       _X__ NO

| | | |
|---|---|---|
| **Solano:** | _____ YES | _X_ NO |
| **Hammel:** | _____ YES | _X_ NO |
| **Gonzales:** | _____ YES | _X_ NO |
| **Lynn:** | _____ YES | _X_ NO |
| **Pohl:** | _____ YES | _X_ NO |

**Question 13**: State the amount of punitive damages, if any, against the following Defendants:

| | |
|---|---|
| **Fetterhoff:** | $___∅_____ |
| **Johnston:** | $___∅_____ |
| **Sanger:** | $___∅_____ |
| **Ulrich:** | $___∅_____ |
| **Solano:** | $___∅_____ |
| **Hammel:** | $___∅_____ |
| **Gonzales:** | $___∅_____ |
| **Lynn:** | $___∅_____ |
| **Pohl:** | $___∅_____ |

### Claim 4: Breach of the Right to Privacy

**Question 14**: Did Plaintiff prove, by a preponderance of the evidence, the elements of her claim of breach of the right to privacy against the following Defendants?

| | | |
|---|---|---|
| **Fetterhoff:** | _X_ YES | _____ NO |
| **Johnston:** | _X_ YES | _____ NO |
| **Sanger:** | _X_ YES | _____ NO |

| | | | |
|---|---|---|---|
| Ulrich: | X YES | _____ NO | |
| Solano: | X YES | _____ NO | |
| Hammel: | X YES | _____ NO | |
| Gonzales: | X YES | _____ NO | |
| Lynn: | X YES | _____ NO | |
| Pohl: | X YES | _____ NO | |

If your answer to Question 14 is "YES" as to any of the Defendants, then you should answer Questions 15-17 only as to those Defendants against whom you answered "YES" in response to Question 14. If your answer to Question 14 is "NO" as to all Defendants, then proceed to sign the appropriate certification section of this verdict form.

**Question 15**: Did Plaintiff prove, by a preponderance of the evidence, that she is entitled to compensatory damages as to her claim of breach of the right to privacy?

X YES            _____ NO

If your answer to Question 15 is "YES," then state the amount of compensatory damages as to each Defendant. If your answer to Question 15 is "NO," then you have found that Plaintiff has failed to prove compensatory damages, and you shall award Plaintiff nominal damages not to exceed $1.00 in the space provided immediately below.

| | |
|---|---|
| Fetterhoff: | $ 175,000 |
| Johnston: | $ 175,000 |
| Sanger: | $ 175,000 |
| Ulrich: | $ 100,000 |
| Solano: | $ 75,000 |
| Hammel: | $ 100,000 |

| | |
|---|---|
| **Gonzales:** | $ 75,000 |
| **Lynn:** | $ 75,000 |
| **Pohl:** | $ 75,000 |

**Question 16**: Did any of the following Defendants act with an evil motive or intent, or reckless or callous indifference to federally protected rights as to Plaintiff's claim of breach of the right to privacy?

| | | |
|---|---|---|
| **Fetterhoff:** | _X_ YES | _____ NO |
| **Johnston:** | _X_ YES | _____ NO |
| **Sanger:** | _X_ YES | _____ NO |
| **Ulrich:** | _X_ YES | _____ NO |
| **Solano:** | _X_ YES | _____ NO |
| **Hammel:** | _X_ YES | _____ NO |
| **Gonzales:** | _X_ YES | _____ NO |
| **Lynn:** | _X_ YES | _____ NO |
| **Pohl:** | _X_ YES | _____ NO |

**Question 17**: State the amount of punitive damages, if any, against the following Defendants:

| | |
|---|---|
| **Fetterhoff:** | $ 75,000 |
| **Johnston:** | $ 75,000 |
| **Sanger:** | $ 75,000 |
| **Ulrich:** | $ 60,000 |
| **Solano:** | $ 40,000 (cw) |

| | |
|---|---|
| **Hammel:** | $ 60,000 |
| **Gonzales:** | $ 40,000 |
| **Lynn:** | $ 40,000 |
| **Pohl:** | $ 40,000 |

**PLEASE SIGN AND DATE THE VERDICT FORM**.

Dated this ⎯10⎯ day of April, 2019

Juror signatures redacted.